IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GAY ANN WATSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-985-ALM-CAN |
| | § | |
| REGIONS BANK dba REGIONS MORTGAGE, | § | |
| | § | |
| Defendant. | § | |

## UNOPPOSED MOTION TO ALLOW CRYSTAL G. GIBSON TO WITHDRAW AS COUNSEL FOR DEFENDANT

Defendant Regions Bank dba Regions Mortgage ("Defendant") files this Motion to Allow Crystal G. Gibson to Withdraw as Counsel for Defendant ("Motion").

Ms. Gibson is no longer with the law firm of Barrett Daffin Frappier Turner & Engel, LLP. Accordingly, Defendant seeks leave to allow Ms. Gibson to immediately withdraw as counsel for the Defendant in the above-referenced matter. The Defendant will not be prejudiced by Ms. Gibson's withdrawal because Shelley L. Hopkins and Robert D. Forster, II will remain as counsel for the Defendant. Granting this Motion will not harm or prejudice the Plaintiff, nor will granting this Motion cause undue delay.

Defendant respectfully requests that this Motion be granted, that Ms. Gibson be immediately withdrawn as counsel of record for Defendant, that by Court Order the docket be amended to reflect that Ms. Gibson has withdrawn as counsel for Defendant, and that Ms. Gibson no longer be noticed of any pleadings, motions, or other documents filed or served in this case. Defendant respectfully requests that Shelley L. Hopkins and Robert D. Forster, II

continue to be provided with copies of all correspondence, pleadings, or other documents in this case as counsel for Defendant.

                                                Respectfully submitted,

By:    /s/ *Shelley L. Hopkins*
        Shelley L. Hopkins
        State Bar No. 24036497
        HOPKINS LAW, PLLC
        3 Lakeway Centre Ct., Suite 110
        Austin, Texas 78734
        (512) 600-4320
        BARRETT DAFFIN FRAPPIER
        TURNER & ENGEL, LLP - *Of Counsel*
        ShelleyH@bdfgroup.com
        shelley@hopkinslawtexas.com

        Robert D. Forster, II
        State Bar No. 24048470
        BARRETT DAFFIN FRAPPIER
        TURNER & ENGEL, LLP
        4004 Belt Line Road, Ste. 100
        Addison, Texas 75001
        (972) 386-5040
        (972) 341-0734 (Facsimile)
        RobertFO@bdfgroup.com

        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

      I hereby certify that on this 13th day of March 2022, I conferred with counsel for Plaintiff via e-mail regarding the contents of this motion. Counsel for Plaintiff indicated they are unopposed.

*/s/ Shelley L. Hopkins*  
Shelley L. Hopkins

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of March 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

***VIA ECF*:**
Jason A. LeBoeuf
LeBoeuf Law Firm, PLLC
675 Town Square Blvd., Suite 200
Building 1A
Garland, Texas 75040
jason@leboeuflawfirm.com
**ATTORNEYS FOR PLAINTIFF**

*/s/ Shelley L. Hopkins*  
Shelley L. Hopkins
